United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                   Case No. 26-10979-amc
Jeremy Dolansky                                                                          Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                      User: admin                     Page 1 of 1
Date Rcvd: Mar 12, 2026            Form ID: 130                  Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 14, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Jeremy Dolansky, 8128 Rowland Ave Apt 4, Philadelphia, PA 19136-2259 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2026                                Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 12, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| MICHAEL A. CIBIK | on behalf of Debtor Jeremy Dolansky help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| ROBERT H. HOLBER | trustee@holber.com  rholber@ecf.axosfs.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 3

*Form 130* (3/23)−doc 6

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
    Jeremy Dolansky )    Case No. 26−10979−amc
  )
  )
Debtor(s). )    Chapter: 7
  )
  )

## Order Requiring Documents

**AND NOW,** the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr. P. 1007,

It is hereby ORDERED that:

1. This case **MAY BE DISMISSED WITHOUT FURTHER NOTICE** if the documents listed below are not filed by deadline also listed below:

    Documents and Deadline

    Schedules A/B Due 3/25/26
    Schedules C Due 3/25/26
    Schedules D Due 3/25/26
    Schedules E/F Due 3/25/26
    Schedules G Due 3/25/26
    Schedules H Due 3/25/26
    Schedules I Due 3/25/26
    Schedules J Due 3/25/26
    Statement of Attorney Compensation Due 3/25/26
    Statement of Current Monthly Income (122A−1) Due 3/25/26
    Means Test Calculation (122A−2) Due 3/25/26
    Statement of Financial Affairs Due 3/25/26
    Summary of Assets and Liabilities Due 3/25/26

2. Any request for an extension of time must be filed prior to the expiration of the deadlines listed above in Paragraph 1.

Date: March 12, 2026                        By the Court

                                                Ashely M. Chan
                                                Chief Judge, United States Bankruptcy Court