United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Jeremy Dolansky  
    Debtor

Case No. 26-10979-amc  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2  
Date Rcvd: Mar 12, 2026      Form ID: 210U      Total Noticed: 18

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 14, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Jeremy Dolansky, 8128 Rowland Ave Apt 4, Philadelphia, PA 19136-2259 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 13 2026 01:23:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 13 2026 01:23:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 15113850 | + | Email/Text: aargon@ebn.phinsolutions.com | Mar 13 2026 01:23:00 | Aargon Agency Inc, Attn: Bankruptcy, 8668 Spring Mountain Rd Suite 110, Las Vegas, NV 89117-4119 |
| 15113863 | | Email/Text: megan.harper@phila.gov | Mar 13 2026 01:23:00 | Water Revenue Bureau, c/o Pamela Elchert Thurmond, Tax Lit & Collections Unit, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 15113851 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 13 2026 01:25:28 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15113852 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 13 2026 01:25:35 | Capital One Auto Finance, c/o AIS Portfolio Services, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15113853 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 13 2026 01:25:28 | Chase Card Services, Po Box 15298, Wilmington, DE 19850-5298 |
| 15113854 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 13 2026 01:36:53 | Citi Card/Best Buy, Attn: Citicorp Cr Srvs Centralized Bankr, PO Box 790040, St Louis, MO 63179-0040 |
| 15113855 | + | Email/Text: bankruptcy@consumerportfolio.com | Mar 13 2026 01:23:00 | Consumer Portfolio Services, Inc., Attn: Bankruptcy, PO Box 57071, Irvine, CA 92619-7071 |
| 15113856 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 13 2026 01:23:00 | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 15113857 | + | Email/Text: bankruptcygroup@peco-energy.com | Mar 13 2026 01:23:00 | PECO Energy Company, 2301 Market St, Philadelphia, PA 19103-1380 |
| 15113859 | ^ | MEBN | Mar 13 2026 01:19:40 | PGW, Legal - Bankruptcy Unit, 800 W Montgomery Ave Fl 3, Philadelphia, PA 19122-2806 |
| 15113861 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 13 2026 01:23:00 | Pnc Financial/Pnc Bank, Attn: Bankruptcy, |

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Mar 12, 2026 | Form ID: 210U | Total Noticed: 18

| Recipient ID | Notice Method | Date | Address |
|---|---|---|---|
| | | | 300 Fifth Ave, Pittsburgh, PA 15222 |
| 15113858 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 13 2026 01:23:00 | Pennsylvania Dept. of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 15113860 | Email/Text: bankruptcy@philapark.org | Mar 13 2026 01:23:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 15113862 | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 13 2026 01:25:33 | Synchrony Car Care, Attn. Bankruptcy P.O. Box 965065, Orlando, FL 32896-5065 |
| 15113864 | ^ MEBN | Mar 13 2026 01:19:29 | Westlake Portfolio Management, PO Box 76809, Los Angeles, CA 90076-0809 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 14, 2026    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 12, 2026 at the address(es) listed below:

**Name** | **Email Address**

MICHAEL A. CIBIK
on behalf of Debtor Jeremy Dolansky help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

ROBERT H. HOLBER
trustee@holber.com  rholber@ecf.axosfs.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 3

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Jeremy Dolansky                                           Case No: 26−10979−amc

     Debtor(s)


_____

### CLERK'S NOTICE RE: PRESUMPTION OF ABUSE

To the debtor, debtor's counsel, interim trustee, creditors and all parties in interest,

NOTICE is hereby given, in accordance with 11 U.S.C. §342(d):

This is a Chapter 7 case of an individual with primarily consumer debts and insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified under F.R.B.P 5008.

 

For The Court

Dated: 3/12/26

Mohung Wong
Clerk of Court

5
Form 210U