Certificate Number: 16339-PAE-DE-040830450

Bankruptcy Case Number: 26-10979



16339-PAE-DE-040830450

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 8, 2026</u>, at <u>8:01</u> o'clock <u>AM EDT</u>, <u>Jeremy Dolansky</u> completed a course on personal financial management given <u>by telephone</u> by <u>Second Bankruptcy Course, LLC</u>, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>April 8, 2026</u>

By:     <u>/s/Kris Krumal</u>

Name:  <u>Kris Krumal</u>

Title:   <u>Certified Financial Counselor</u>